IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN R. MCLEAN              *
                            *
                            *     Civil No. JFM-16-3626
v.                          *     Criminal No. – JFM-10-0531
                            *
UNITED STATES OF AMERICA    *
                       ******

## MEMORANDUM

John R. McLean has filed a motion to vacate, set aside or correct sentence (document 139). The motion will be denied on the ground that it is untimely.

McLean's conviction was affirmed by the Fourth Circuit in 2013. *United States v. McLean*, 715 F.3d 129 (4th Cir. 2013). He did not file a petition for certiori. He claims, however, that the one-year period set by 28 U.S.C. §2255 should not be deemed to have begun to run until the Supreme Court's decision in *Molina-Martinez v. United States*, 136 S.Ct. 1338 (2016). However, *Molina-Martinez* is not relevant to this case. All that the Court there held was that a defendant who was sentenced under the incorrect Sentencing Guideline is entitled to a resentencing.

A separate order denying McLean's petition is being entered herewith.

Date: _____   _____
                          J. Frederick Motz
                          United States District Judge

DEPUTY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 FEB 15 AM 2:49

CLERK'S OFFICE
AT BALTIMORE